[No. 59547-4-I. Division One. May 19, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS DANE CLARKE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-09277-3, Brian D. Gain, J., entered February 9, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59818-0-I. Division One. May 19, 2008.]

CHAYER ENTERPRISES, INC., *Respondent*, v. TOWNHOMES AT KIRKLAND, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-14014-3, Bruce W. Hilyer, J., entered March 30, 2007. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer, A.C.J., and Lau, J.

[No. 59874-1-I. Division One. May 19, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY DUANE SPANGLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-09814-3, William L. Downing, J., entered March 30, 2007. *Reversed* by unpublished per curiam opinion.

[No. 59878-3-I. Division One. May 19, 2008.]

ROBERT J. CARLSON ET AL., *Appellants*, v. THE INNIS ARDEN CLUB, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-06819-0, Charles W. Mertel, J., entered March 28, 2007. *Affirmed* by unpublished opinion per Lau, J., concurred in by Dwyer, A.C.J., and Cox, J.